1  William J. Baron (SBN 111288)
   E. J. Kim (SBN 250062)
2  **DUANE MORRIS LLP**
   Spear Tower, One Market Plaza, Suite 2200
3  San Francisco, CA 94105-1127
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   E-Mail:   wjbaron@duanemorris.com
5  E-Mail:   ejkim@duanemorris.com

6  Attorneys for Plaintiffs
   GREAT AMERICAN INSURANCE COMPANY and
7  GREAT AMERICAN INSURANCE COMPANY OF
   NEW YORK
8
   Jeanne Schechter (SBN 149457)
9  **CITY OF MERCED**
   678 West 18th Street
10 Merced, CA  95340
   Telephone: (209) 385-6868
11 Facsimile: (209) 388-7907
   E-Mail:   SchechterJ@cityofmerced.org
12
   Attorney for Defendant
13 CITY OF MERCED

14

15                     **UNITED STATES DISTRICT COURT**

16                      **EASTERN DISTRICT OF CALIFORNIA**

17                              **FRESNO DIVISION**

| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MERCED; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 1:12-CV-0189-AWI-DLB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed: 02/09/12<br>Judge:<br>   U.S. Magistrate Judge<br>   Dennis L. Beck |
|---|---|

Plaintiffs Great American Insurance Company and Great American Insurance Company of New York (collectively "Great American"), by and through their attorneys of record, and Defendant City of Merced (the "City"), by and through its attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Great American filed the Complaint on February 9, 2012;

WHEREAS, the City waived personal service of the summons and Complaint in this Action and has acknowledged service of the summons and Complaint;

WHEREAS, the City's response to the Complaint is due on July 9, 2012; and

WHEREAS, in light of the parties being currently engaged in settlement discussions, Great American agreed to a 28-day extension of time for the City to respond to the Complaint.

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AS FOLLOWS:

Pursuant to Eastern District Local Rule 144(a), the parties hereby stipulate to a 28-day extension for Defendant City of Merced to respond to the Complaint.  Thus, Defendant City of Merced has until Monday, August 6, 2012 to respond to the Complaint.

IT IS SO STIPULATED.


DATED:  June 18, 2012          DUANE MORRIS LLP


                               By:  /s/ E. J. Kim
                                    William J. Baron
                                    E. J. Kim
                               Attorneys for Plaintiffs
                               GREAT AMERICAN INSURANCE
                               COMPANY and GREAT AMERICAN
                               INSURANCE COMPANY OF NEW YORK

DATED: June 18, 2012

                              By:  /s/ Jeanne Schechter
                                    Jeanne Schechter, Esq.
                              Chief Deputy City Attorney
                              Office of the City Attorney
                              CITY OF MERCED
                              678 West 18th Street
                              Merced, CA  95340

IT IS SO ORDERED.

   Dated:  **June 19, 2012**                         /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE