William J. Baron (SBN 111288)
E. J. Kim (SBN 250062)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:  wjbaron@duanemorris.com
E-Mail:  ejkim@duanemorris.com

Attorneys for Plaintiffs
GREAT AMERICAN INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK

Jeanne Schechter (SBN 149457)
**CITY OF MERCED**
678 West 18th Street
Merced, CA  95340
Telephone: (209) 385-6868
Facsimile: (209) 388-7907
E-Mail:  SchechterJ@cityofmerced.org

Attorney for Defendant
CITY OF MERCED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York Corporation;<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF MERCED; and  DOES 1-10, inclusive,<br><br>    Defendant. | Case No. 1:12-CV-0189-AWI-DLB<br><br>**STIPULATION FOR REQUESTED CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Complaint Filed: 02/09/12<br>Judge:<br>  U.S. Magistrate Judge<br>  Dennis L. Beck |

1  Plaintiffs Great American Insurance Company and Great American Insurance Company of New York (collectively "Great American"), by and through their attorneys of record, and Defendant City of Merced (the "City"), by and through its attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the Complaint on February 9, 2012;

WHEREAS, this Court ordered a Scheduling Conference to be held on June 25, 2012 at 9:00 a.m. in Department 9; and

WHEREAS, the parties are currently engaged in settlement discussions.

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AS FOLLOWS:  the parties request that this Court continue the Scheduling Conference to August 27, 2012 at 9:00 am.

DATED:  June 18, 2012        DUANE MORRIS LLP


By:  /s/ E. J. Kim
         William J. Baron
         E. J. Kim
Attorneys for Plaintiffs
GREAT AMERICAN INSURANCE
COMPANY and GREAT AMERICAN
INSURANCE COMPANY OF NEW YORK

DATED:  June 18, 2012

By:  /s/ Jeanne Schechter
         Jeanne Schechter, Esq.
Chief Deputy City Attorney
Office of the City Attorney
CITY OF MERCED
678 West 18th Street
Merced, CA  95340


IT IS SO ORDERED.

Dated:  **June 19, 2012**            /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE

2

Case No. 1:12-CV-00189-AWI-DLB
STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28