# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE CO., et al., | ) ) ) | 1:12cv0189 AWI DLB |
| Plaintiffs, | ) ) ) | ORDER GRANTING JOINT MOTION TO STAY ACTION |
| v. | ) ) | (Document 11) |
| CITY OF MERCED, | ) ) ) | |
| Defendant. | ) ) | |

    On May 21, 2012, the parties filed a joint Motion to Stay this action on the basis that the parties are engaged in mediation and settlement discussions. Pursuant to Local Rule 230(g), the Court deemed the matter suitable without oral argument.

    For good cause appearing, the parties' motion is GRANTED and this action is STAYED through the August 27, 2012, Scheduling Conference.

    The parties have reserved their rights to request that this stay be lifted. Upon an order lifting the stay, Defendant City of Merced shall file an answer within twenty (20) days of the date of the order.

    IT IS SO ORDERED.

Dated:   June 22, 2012                /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE

1