William J. Baron (SBN 111288)
E. J. Kim (SBN 250062)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   wjbaron@duanemorris.com
E-Mail:   ejkim@duanemorris.com

Attorneys for Plaintiffs
GREAT AMERICAN INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MERCED; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 1:12-CV-0189-AWI-DLB<br><br>**PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE AND ORDER**<br><br>**Date:   August 27, 2012**<br>**Time:   9:00 a.m.**<br>**Dept.:   9**<br><br>Complaint Filed: 02/09/12<br>Judge:<br>   U.S. Magistrate Judge<br>   Dennis L. Beck |

Counsel for Plaintiffs Great American Insurance Company and Great American Insurance Company of New York (collectively "Great American") respectfully request leave to appear before the Honorable Dennis L. Beck via telephone for the Status Conference scheduled for August 27, 2012 at 9:00 a.m.

This case is currently stayed as the parties are conducting settlement negotiations which have yet to be finalized. It would be a hardship for William J. Baron, counsel for Great American, to appear in person at the Status Conference as the Fresno Division of the Eastern District of California

1

is more than 150 miles from counsel's office and Mr. Baron has a trial appearance (closing argument) scheduled for August 28, 2012 in another case.  Therefore, counsel for Great American respectfully requests leave to appear telephonically.

DATED:  August 21, 2012     DUANE MORRIS LLP

By:   /s/ William J. Baron
           William J. Baron  (SBN 111288)
Attorneys for Plaintiffs
GREAT AMERICAN INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

## **ORDER**

Plaintiffs' request is granted and counsel for Plaintiffs may appear telephonically at the Status Conference on August 27, 2012 at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **August 23, 2012**              /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE

2

Case No. 1:12-CV-00189-AWI-DLB
**PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE AND [PROPOSED ORDER]**