William J. Baron (SBN 111288)
E. J. Kim (SBN 250062)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   wjbaron@duanemorris.com
E-Mail:   ejkim@duanemorris.com

Attorneys for Plaintiffs
GREAT AMERICAN INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York Corporation;<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF MERCED; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Case No. 1:12-CV-0189-AWI-DLB<br><br>**PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE AND ORDER**<br><br>**Date:**　December 5, 2012<br>**Time:**　9:00 a.m.<br>**Dept.:**　9<br><br>Complaint Filed: 02/09/12<br>Judge:<br>　U.S. Magistrate Judge<br>　Dennis L. Beck |

　　　Counsel for Plaintiffs Great American Insurance Company and Great American Insurance Company of New York (collectively "Great American") respectfully request leave to appear before the Honorable Dennis L. Beck via telephone for the Status Conference scheduled for December 5, 2012 at 9:00 a.m.

　　　This case is currently stayed as the parties are conducting settlement negotiations. The parties have exchanged comments regarding a draft settlement agreement and are working on the settlement agreement. It would be a hardship for William J. Baron, counsel for Great American, to

1

DM1\3627200.1　　　　　　　　　　　　　　　　　　　　　　　　Case No. 1:12-CV-00189-AWI-DLB
**PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE
AND [PROPOSED ORDER]**

appear in person at the Status Conference as the Fresno Division of the Eastern District of California is more than 150 miles from counsel's office.  Therefore, counsel for Great American respectfully requests leave to appear telephonically.

DATED:  December 3, 2012         DUANE MORRIS LLP

                                  By:   /s/ William J. Baron
                                          William J. Baron  (SBN 111288)
                                  Attorneys for Plaintiffs
                                  GREAT AMERICAN INSURANCE COMPANY and
                                  GREAT AMERICAN INSURANCE COMPANY OF
                                  NEW YORK

## ORDER

Plaintiffs' request is granted and counsel for Plaintiffs may appear telephonically at the Status Conference on December 5, 2012 at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

   Dated:   **December 3, 2012**            /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

2

Case No. 1:12-CV-00189-AWI-DLB
PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE
AND [PROPOSED ORDER]