William J. Baron (SBN 111288)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: wjbaron@duanemorris.com

Attorneys for Plaintiffs
GREAT AMERICAN INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY
OF NEW YORK

Gregory G. Diaz  (SBN 156318)
City Attorney
City of Merced
678 W. 18th Street
Merced, CA 95340
Telephone: (209) 385-6868
Facsimile: (209) 388-7907
E-Mail: diazg@cityofmerced.org

Attorneys for Defendant
CITY OF MERCED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York Corporation;<br><br>         Plaintiffs,<br><br>    v.<br><br>CITY OF MERCED; and DOES 1-10, inclusive,<br><br>         Defendant. | Case No. 1:12-CV-00189-AWI-SAB<br><br>**STIPULATION RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Complaint Filed: 02/09/12<br>Judge:<br>    U.S. Magistrate Judge Stanley A. Boone |

Plaintiffs Great American Insurance Company and Great American Insurance Company of New York (collectively "Great American"), by and through their attorneys of record, and Defendant City of Merced (the "City"), by and through its attorneys of record, hereby stipulate and agree as follows:

WHEREAS, a Status Conference is scheduled to be held in this case on March 4, 2013, at 9:30 a.m. in Courtroom 9; and

WHEREAS, the parties are engaged in settlement discussions, and have been negotiating the wording of a proposed settlement agreement, and the parties expect that a proposed settlement document will be presented to the City Council of the City of Merced for consideration after March 4, 2013;

//

//

//

/

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES: that the parties jointly request that this Court continue the Status Conference in this case from March 4, 2013 to May 28, 2013, at 2:00 p.m.

DATED: February 26, 2013          DUANE MORRIS LLP


By: */s/ William J. Baron*
　　　William J. Baron  (SBN 111288)
Attorneys for Plaintiffs
GREAT AMERICAN INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

DATED: February 26, 2013          CITY OF MERCED


By: */s/ Gregory G. Diaz*
　　　Gregory G. Diaz (SBN 156318)
　　　City Attorney
Attorneys for Defendant
CITY OF MERCED


IT IS SO ORDERED.

Dated: **February 27, 2013**                 _____
                                             UNITED STATES MAGISTRATE JUDGE